Barry H. Boise, Esq.
Robert A. Jenkin, II, Esq.
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
(609) 951-4125
Barry.boise@troutman.com
Robert.jenkin@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br>Defendant. | **CIVIL ACTION NO. 3:26-cv-06364** |

**STATEMENT OF OWNERSHIP PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff Quotient Sciences – Philadelphia, LLC (the "Quotient") certifies that Quotient is not a government entity, and does not have any parent corporation or any publicly held company that owns ten percent (10%) or more of its stock.

Dated: June 4, 2026

By: */s/ Robert A. Jenkin, II*
Robert A. Jenkin, II, Esq.
Barry H. Boise, Esq.

**TROUTMAN PEPPER LOCKE LLP**

Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
Robert.jenkin@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*