Barry H. Boise, Esq.
Robert A. Jenkin, II, Esq.
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
(609) 951-4125
Barry.boise@troutman.com
Robert.jenkin@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | **CIVIL ACTION NO. 3:26-cv-06364**<br><br>**NOTICE OF MOTION TO SEAL** |

**PLEASE TAKE NOTICE** that on July 6, 2026, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Quotient Sciences – Philadelphia, LLC ("Quotient"), in the above-captioned matter will move before the United States District Court for the District of New Jersey, for the entry of an Order pursuant to Local Civil Rule 5.3(c) sealing Quotient's Complaint, which was filed under seal on June 3, 2026.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rules 7.1(d)(4) and 5.3(c)(1), no legal brief is required, and all relevant information required by Local Civil Rule 5.3(c)(3) has been set forth in the accompanying Declaration of Robert A. Jenkin, II.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(c).

Dated: June 4, 2026

By: *<u>/s/ Robert A. Jenkin, II</u>*

Robert A. Jenkin, II, Esq.
Barry H. Boise, Esq.
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
Robert.jenkin@troutman.com
Barry.boise@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*