Robert A. Jenkin, II, Esq.
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
(609) 951-4125
Robert.jenkin@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br>Defendant. | **CIVIL ACTION NO. 3:26-cv-06364** |

**DECLARATION OF ROBERT A. JENKIN, II, IN SUPPORT OF MOTION TO SEAL**

I, Robert A. Jenkin, II, Esq., being of full age, being duly sworn according to law upon his oath, depose and say:

1. I am an attorney at Troutman Pepper Locke LLP, licensed to practice law in the State of New Jersey, and counsel for Plaintiff Quotient Sciences – Philadelphia, LLC ("Quotient") in the above-captioned matter.

2. Pursuant to Local Civil Rule 5.3, I submit this Declaration in support of Quotient's Motion to Seal the Complaint filed on June 3, 2026 and the Exhibit A thereto (ECF No. 1).

3. I make this Certification on my personal knowledge and documents made available to me. I am fully familiar with the facts set forth herein as well as the categories and types of information that Quotient keeps confidential.

4. This is a commercial dispute involving a confidential relationship between Quotient and Defendant Eddingpharm (Hong Kong) Limited ("Eddingpharm") that Quotient is contractually bound to keep confidential and which, with regard to pricing information, Quotient has a legitimate interest in protecting because its competitors in the marketplace could utilize the non-public pricing information to gain an unfair advantage over Quotient to its detriment.

5. Quotient is a private company, and it is contractually bound to keep the nature of its relationship with Eddingpharm confidential. The Complaint discloses the nature of the relationship between Quotient and Eddingpharm, and therefore Quotient seeks to have this information kept under seal.

6. As a private company, Quotient's pricing information is confidential information which Quotient does not publicly disclose and which could be used by Quotient's competitors to gain an unfair advantage. The documents composing Exhibit A to the Complaint, along with disclosing the nature of the relationship between Quotient and Eddingpharm, disclose Quotient's confidential pricing information which could be used by Quotient's competitors to its detriment, and therefore Quotient seeks to have this information kept under seal.

7. In order to protect this confidential information, Quotient requests that the documents identified below in paragraph 8 remain under seal.

8. The reasons for sealing this information described in Paragraphs 4-6 of this Declaration are set forth in the following index, as required by Local Civil Rule 5.3(c)(3); *see also* Appendix U to the Local Rules:

| **Material** | **Basis for Sealing** | **Clearly Defined and Serious Injury that Would Result if Relief is not Granted** | **Why a Less Restrictive Alternative to the Relief Sought is not Available** | **Party in Opposition to Sealing, if any Basis** |
|---|---|---|---|---|
| Plaintiff's Complaint | Quotient is contractually prohibited from disclosing the nature of its relationship with Eddingpharm. | If this information is not sealed, Quotient would be in breach of its contractual commitments. | The entire Complaint discloses the nature of the relationship between Quotient and Eddingpharm. | The Complaint has not yet been served, and it is unknown whether there will be any opposition. |
| Plaintiff's Exhibit A to Complaint | Discloses the nature of the relationship between Quotient and Eddingpharm and contains highly sensitive business information regarding Quotient's pricing for its services and practices. | If this information is not sealed, Quotient will be competitively harmed and be placed at an unfair disadvantage in the market. | The confidential information is contained on each page of Exhibit A. | The Complaint has not yet been served, and it is unknown whether there will be any opposition. |

9. There have not been any prior orders sealing the same material in the pending action before the District of New Jersey.

10. This lawsuit involves private litigation. No government entities or public officials are named as parties in this lawsuit, and this dispute is not of a public nature.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2026

By: *<u>/s/ Robert A. Jenkin, II</u>*

Robert A. Jenkin, II, Esq.
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
Robert.jenkin@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*