Troutman Pepper Locke LLP
104 Carnegie Center Dr. Suite 203
Princeton, NJ 08540
troutman.com

**Robert A. Jenkin, II**
D: (609) 951-4184
Robert.jenkin@troutman.com

June 22, 2026

**BY ECF**

Hon. Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** ***Quotient Sciences - Philadelphia, LLC v. Eddingpharm (Hong Kong) Company Limited QC***
**Case No. 3:26-cv-06364-ZNQ-RLS**

Dear Magistrate Judge Singh:

This firm represents Plaintiff Quotient Sciences - Philadelphia, LLC ("Quotient") in the above-captioned action and respectfully submits this letter to request that the Court enter an order directing the Clerk's Office to permit the filing of a replacement version of Exhibit A to the Complaint (ECF No. 1). Exhibit A to the Complaint was filed and currently remains under temporary seal. Quotient seeks to replace Exhibit A to ensure that if it is determined that Exhibit A should be unsealed, financial account numbers contained within Exhibit A are redacted in accordance with Federal Rule of Civil Procedure 5.2(a). The proposed replacement Exhibit A is identical in all respects to the original Exhibit A, except that financial account numbers have been redacted. Accordingly, Quotient respectfully requests that the Court order that Quotient shall be permitted to file, via the Clerk's Office, a replacement to Exhibit A to the Complaint (ECF No. 1) that redacts the financial account numbers.

Enclosed is a proposed order granting this request.

Respectfully submitted,

By */s/ Robert A. Jenkin, II*
Robert A. Jenkin, II, Esq.
**TROUTMAN PEPPER LOCKE LLP**

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*