**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | **CIVIL ACTION NO. 3:26-cv-06364**<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SUBSTITUTE REDACTED EXHIBIT A** |

**UPON CONSIDERATION** of the June 22, 2026 letter request of Plaintiff Quotient Sciences – Philadelphia, LLC ("Quotient") through its counsel Troutman Pepper Locke LLP, seeking leave to file a redacted version of Exhibit A to the Complaint (ECF No. 1) and for good cause shown:

**IT IS** on this day ___________ of ______________ , 2026,

**ORDERED** that Quotient shall be permitted to file, via the Clerk's Office, a replacement version of Exhibit A to the Complaint (ECF No. 1) that redacts financial account numbers consistent with Federal Rule of Civil Procedure 5.2(a) and this Court's applicable rules.

______________________________________
THE HONORABLE RUKHSANAH L. SINGH
United States Magistrate Judge