**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | **CIVIL ACTION NO. 3:26-cv-06364**<br><br>**~~[PROPOSED]~~ ORDER GRANTING REQUEST TO SUBSTITUTE REDACTED EXHIBIT A** |

**UPON CONSIDERATION** of the June 22, 2026 letter request of Plaintiff Quotient Sciences – Philadelphia, LLC ("Quotient") through its counsel Troutman Pepper Locke LLP, seeking leave to file a redacted version of Exhibit A to the Complaint (ECF No. 1) and for good cause shown:

**IT IS** on this day 24th of June, 2026,

**ORDERED** that Quotient shall be permitted to file, via the Clerk's Office, a replacement version of Exhibit A to the Complaint (ECF No. 1) that redacts financial account numbers consistent with Federal Rule of Civil Procedure 5.2(a) and this Court's applicable rules.

THE HONORABLE RUKHSANAH L. SINGH
United States Magistrate Judge