Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice* forthcoming)
Courtney C. Whang (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (HongKong) Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>V.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**NOTICE OF APPEARANCE** |

To The Clerk of Court and All Counsel of Record:

Please enter my appearance on behalf of Defendant Eddingpharm (HongKong) Company, Limited, in the above-captioned action. I respectfully request that copies of all further correspondence, notices, filings, and pleadings be served upon me at the address below.

I certify that I am admitted and/or otherwise authorized to practice in this court.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: New York, New York
September 2, 2026

By: */s/ Anthony J. Staltari*

Anthony J. Staltari
(Attorney ID. No. 233022017)
Laura L. Fairneny
(*pro hac vice* forthcoming)
Courtney C. Whang
(*pro hac vice* forthcoming)
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (HongKong) Company, Limited*

# CERTIFICATE OF SERVICE

Anthony J. Staltari hereby certifies pursuant to 28 U.S.C. § 1476 that:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant in this action and am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

2. On this date, I filed the annexed document via the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service of same upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 2nd day of September, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari