**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

QUOTIENT SCIENCES – PHILADELPHIA, LLC,

Plaintiff(s)

v.

EDDINGPHARM (HONG KONG) COMPANY LIMITED,

Defendant(s)

APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)]

Civil Action No. 3:26-cv-06364

Application is hereby made for a Clerk's Order extending time within which defendant(s) EDDINGPHARM (HONG KONG) COMPANY LIMITED may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 6/4/2026; and
3. Time to Answer, Move or otherwise Reply expires on 9/2/2026.

Anthony J. Staltari (# 233022017)
Attorney for Defendant(s)

295 Fifth Avenue
Mailing Address

New York, NY 10016
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____________.
ORDER DATED: _______________

By:__________________________
Deputy Clerk

# **CERTIFICATE OF SERVICE**

Anthony J. Staltari hereby certifies pursuant to 28 U.S.C. § 1476 that:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant in this action and am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

2. On this date, I filed the annexed document via the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service of same upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 2nd day of September, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari