Jeffrey A. Carr, Esquire
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
(609) 951-4116
Jeff.Carr@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | **CIVIL ACTION NO. 3:26-cv-06364** |

**NOTICE OF APPEARANCE OF JEFFREY A. CARR**

Please enter my appearance as counsel of record for Plaintiff Quotient Sciences – Philadelphia, LLC in the above-captioned matter.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*

By: */s/ Jeffrey A. Carr, Esq.*
Jeffrey A. Carr, Esq.

Dated: September 17, 2026