quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7221**

WRITER'S EMAIL ADDRESS
**anthonystaltari@quinnemanuel.com**

September 16, 2026

**VIA ECF**
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Quotient Sciences - Philadelphia, LLC v. Eddingpharm (Hong Kong) Company Limited*, Civil Action No. 3:26-cv-06364-ZNQ-RLS

Dear Judge Singh:

This firm represents Defendant Eddingpharm (Hong Kong) Company Limited ("Eddingpharm") in the above-captioned matter. With apologies for not seeking leave sooner, we write to request a two-week extension of the deadline to answer or otherwise respond to the Complaint (Dkt. No. 1) from September 16, 2026 to September 30, 2026.

The current answer due date was previously extended from the original deadline of September 2, 2026 pursuant to a Clerk's Order Extending Time to Answer. No other extensions have previously been granted. Defendant requests this additional 2-week extension due to the parties' discussions seeking a mutually agreeable resolution of this matter. Plaintiff Quotient Sciences – Philadelphia, LLC does not oppose the extension request. The extension request would not impact any other scheduled dates or deadlines.

If Your Honor approves of this request, we respectfully request that you "so order" this letter and have it filed on the docket. We thank the Court for its consideration.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Anthony J. Staltari*

Anthony J. Staltari

cc: All counsel of record (via ECF & email)

SO ORDERED this 18th day of September, 2026,

R. Singh

Honorable Rukhsanah L. Singh, U.S.M.J.