Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice* forthcoming)
Courtney C. Whang (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (HongKong) Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**<u>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*</u>**<br><br>**Motion Date: TBD** |

**PLEASE TAKE NOTICE**, that on upon a date to be determined by the Court, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Eddingpharm (HongKong) Company, Ltd. ("Eddingpharm"), shall apply to Hon. Rukhsanah L. Singh, United States Magistrate Judge for the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Bldg. & U.S. Courthouse, for an order pursuant to L.Civ.R. 101.1(c) admitting Laura L.

Fairneny and Courtney C. Whang *pro hac vice* for Eddingpharm in this matter, and for such other further relief the Court deems just and equitable.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to L.Civ.R. 7.1(d)(4), no legal brief is required because no conclusions of law are necessary, as the Court may admit counsel *pro hac vice* at its discretion, and all the relevant findings have been set forth in the Declarations of Anthony J. Staltari, Laura L. Fairneny and Courtney C. Whang in support hereof.

**PLEASE TAKE FURTHER NOTICE**, that a proposed order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned has conferred with all counsel of record and they have no objection to the entry of the aforementioned Order.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: October 5, 2026

By: */s/ Anthony J. Staltari*

Anthony J. Staltari
(Attorney ID. No. 233022017)
Laura L. Fairneny
(*pro hac vice* forthcoming)
Courtney C. Whang
(*pro hac vice* forthcoming)
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (HongKong) Company, Ltd.*

# CERTIFICATE OF SERVICE

Anthony J. Staltari hereby certifies pursuant to 28 U.S.C. § 1476 that:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant in this action and am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

2. On this date, I filed the annexed document via the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service of same upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 5, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari