Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice* forthcoming)
Courtney C. Whang (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (HongKong) Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>V.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**Motion Date: TBD** |

## DECLARATION OF ANTHONY J. STALTARI

Anthony J. Staltari hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Defendant Eddingpharm

(HongKong) Company, Ltd. ("Eddingpharm") in this case. I am familiar with the proceedings in this matter.

2. I respectfully submit this Declaration in support of Eddingpharm's motion, for an Order, pursuant to Local Civil Rule 101.1(c) for the *pro hac vice* admission of Laura L. Fairneny and Courtney C. Whang, and for such further and other relief as the Court deems necessary and proper. I am fully familiar with the facts set forth below.

3. Quinn Emanuel has been retained as counsel by Eddingpharm to conduct this litigation.

4. As demonstrated by her declaration submitted concurrently herewith, Laura L. Fairneny is an attorney at Quinn Emanuel, in good standing with and authorized to practice before the Courts of the State of New York, the Commonwealth of the Massachusetts, the U.S. District Courts for the Southern District of New York, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the Eastern District of Texas, and the U.S. Court of Appeals for the Federal Circuit.

5. As demonstrated by her declaration submitted concurrently herewith, Courtney C. Whang is an attorney at Quinn Emanuel, in good standing with and authorized to practice before the Courts of the State of New York, the U.S. Supreme

Court, the U.S. District Courts for the Southern and Eastern Districts of New York, and the U.S. Courts of Appeals for the Second and Ninth Circuits.

6. Pursuant to Local Civil Rule 101.1, I certify that I am admitted to am in good standing with the following courts:

**State of New Jersey**
New Jersey Board of Bar Examiners
Richard J. Hughes Justice Complex
25 W. Market Street 8th Floor, North Wing Trenton, New Jersey 08611
(609) 984-2111
**Dated Admitted: 4/19/2017**

**State of New York**
Supreme Court of the State of New York: Appellate Division First Department Committee on Character and Fitness
41 Madison Avenue, 26th Floor
New York, New York 10010
(646) 386-5893
**Dated Admitted: 2/7/2005**

**U.S. District Court for the District of New Jersey**
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 415
Newark, New Jersey 07101
**Admitted: 5/12/2017**

**U.S. District Court for the Southern District of New York**
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10036
(212) 805-0800
**Admitted: 5/17/2005**

**U.S. District Court for the Eastern District of New York**
U.S. Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2600
**Admitted: 5/19/2005**

**U.S. District Court for the Northern District of New York**
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, New York 13261
(315) 234-8500
**Admitted: 8/1/2019**

**U.S. Court of Appeals for the Second Circuit**
Attorney Admissions
Thurgood Marshall U.S. Courthouse
40 Foley Square

**U.S. Court of Appeals for the Third Circuit**
Attorney Admissions
James A. Byrne U.S. Courthouse
601 Market Street

New York, New York 10007
(212) 857-8603
**Admitted: 5/12/2017**

Philadelphia, PA 19106
(215) 597-2995
**Admitted: 8/21/2006**

**U.S. Court of Appeals**
**for Veterans' Claims**
Attorney Admissions
625 Indiana Avenue, N.W., Suite 900
Washington, D.C. 20004
(202) 501-5970
**Admitted: 9/12/2019**

7. I have reviewed said declarations and believe them to be true and correct.

8. The above-mentioned counsel is familiar with the facts of this case and has been retained as counsel by Eddingpharm to conduct this litigation. Eddingpharm has requested that the above-mentioned counsel be permitted to assist and represent it during the course of this litigation and trial.

9. I am a member in good standing of the bar of the State of New Jersey and the District of New Jersey. I or another member of Quinn Emanuel who is a member in good standing of the bar of the State of New Jersey and the District of New Jersey, will sign all pleadings filed with the Court on behalf of Defendant in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

10. I hereby affirm that I will be responsible for the conduct of the attorneys whose admission pro hac vice is requested, that I will comply with the requirements

of L. Civ. R. 101.1(c), and that I will assure compliance with L. Civ. R. 101.1(c) by the attorneys whose admission *pro hac vice* is requested.

11. As set forth in the Declaration of Courtney C. Whang, counsel for Plaintiff consents to this motion.

12. For the foregoing reasons, Eddingpharm respectfully requests that the Court enter an Order pursuant to Local Civil Rule 101.1(c) Laura L. Fairneny and Courtney C. Whang *pro hac vice* in this matter on its behalf, and for such further and other relief as the Court deems necessary and proper.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 5, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari