Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice* forthcoming)
Courtney C. Whang (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (HongKong) Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**Motion Date: TBD** |

## DECLARATION OF LAURA L. FAIRNENY

Laura L. Fairneny declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney-at-law in the state of New York and am a partner at Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), counsel for Defendant Eddingpharm (HongKong) Company, Ltd. (Eddingpharm) in this case. I

am familiar with the proceedings in this matter. I make this certification in support of my application for admission as counsel *pro hac vice* in this matter.

2. Eddingpharm has requested that I represent it in this matter.

3. Pursuant to L.Civ.R. 101.1(c), I certify that I am admitted to and am in good standing with the following courts:

**Supreme Court of the State New York, Appellate Division: Third Department**
Robert Abrams Building for Law and Justice, Room 511
Albany, New York 12223
(518) 471-4778
**Date Admitted: 8/18/2009**

**U.S. District Court for the Eastern District of Texas**
100 E. Houston St.
Marshall, TX 75670
(903) 935-2912
**Date Admitted: 3/2/2010**

**U.S. Court of Appeals for the Federal Circuit**
717 Madison Place NW
Washington, D.C. 20439
(201)275-8000
**Date Admitted: 7/25/24**

**Massachusetts Supreme Judicial Court**
Board of Bar Overseers
1 Beacon Street, 10th Floor
Boston, Massachusetts 02108
(617) 728-8700
**Dated Admitted: 2/17/2009**

**U.S. District Court for the Massachusetts**
Attorney Admissions
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210-3026
**Date Admitted: 2/13/2018**

**U.S. District Court for the Southern District of New York**
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-0800
**Date Admitted: 6/6/2023**

4. I am a member in good standing of the Bars to which I am admitted. There are no disciplinary proceedings pending against me in any jurisdiction and no

discipline has previously been imposed on me in any jurisdiction. I have not been convicted of a felony.

5. If admitted *pro hac vice,* I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

6. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3).

7. As set forth in the declaration of Courtney C. Whang, counsel for Plaintiff has consented to my admission *pro hac vice* in this matter on behalf of Eddingpharm.

8. For the foregoing reasons, I respectfully request that the Court enter an Order pursuant to L.Civ.R. 101.1(c) admitting me *pro hac vice* in this matter.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 5, 2026.

Laura L. Fairneny