Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice* forthcoming)
Courtney C. Whang (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (HongKong) Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**Motion Date: TBD** |

## DECLARATION OF COURTNEY C. WHANG

Courtney C. Whang declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney-at-law in the state of New York and am a partner at Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), counsel for Defendant Eddingpharm (HongKong) Company, Ltd. (Eddingpharm) in this case. I

am familiar with the proceedings in this matter. I make this certification in support of my application for admission as counsel *pro hac vice* in this matter.

2. Eddingpharm has requested that I represent it in this matter.

3. Pursuant to L.Civ.R. 101.1(c), I certify that I am admitted to and am in good standing with the following courts:

**Supreme Court of the State New York, Appellate Division: First Department**
27 Madison Avenue
New York, New York 10010
(212) 340-0400
**Date Admitted: 1/11/2016**

**U.S. District Court for the Southern District of New York**
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-0800
**Date Admitted: 4/5/2016**

**U.S. District Court for the Eastern District of New York**
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2600
**Date Admitted: 4/14/2016**

**U.S. Court of Appeals for the Second Circuit**
Thurgood Mashall U.S. Courthouse
40 Foley Square
New York, New York 10007
212-857-8500
**Date Admitted: 2/29/2024**

**U.S. Court of Appeals for the Ninth Circuit**
Office of the Clerk
P.O. Box 193939
San Francisco, CA 94119
(415) 355-7800
**Date Admitted: 6/3/2026**

**<u>Supreme Court of the United States</u>**
Attorney Admissions
1 First Street NE
Washington, D.C. 20543
202-479-3000
**Date Admitted: 8/1/2022**

4. I am a member in good standing of the Bars to which I am admitted. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I have not been convicted of a felony.

5. If admitted *pro hac vice,* I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

6. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3).

7. On September 10, 2026, counsel for Plaintiff consented to an entry of an order granting the admission *pro hac vice* of Laura L. Fairneny and myself in this matter on behalf of Eddingpharm.

8. For the foregoing reasons, I respectfully request that the Court enter an Order pursuant to L.Civ.R. 101.1(c) admitting me *pro hac vice* in this matter.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 5, 2026.

Courtney C. Whang