**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>V.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS) |

**(PROPOSED) ORDER GRANTING *PRO HAC VICE* ADMISSION**

This matter having been brought before the Court by Anthony J. Staltari of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), counsel for Defendant Eddingpharm (HongKong) Company, Ltd. ("Eddingpharm"), on application for an order pursuant to L.Civ.R. 101.1(c) allowing Laura L. Fairneny and Courtney C. Whang to appear and participate *pro hac vice*, Plaintiff's counsel having consented, and the Court having considered this matter, and, for good cause shown;

**IT IS ON THIS** ___________________ day of _______________, 2026,

**ORDERED** that Laura L. Fairneny and Courtney C. Whang each members of the State Bar of New York, be permitted to appear *pro hac vice* on behalf of Eddingpharm in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and, it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by attorneys of record for Eddingpharm, Anthony J. Staltari, who is fully admitted in this Court, or another member of Quinn Emanuel who is a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and, it is further

**ORDERED** that Laura L. Fairneny and Courtney C. Whang each shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order and for any year in which the admitted counsel represents a client in a matter pending in this Court; and, it is further

**ORDERED** that Laura L. Fairneny and Courtney C. Whang shall pay the *pro hac vice* admission fee to this Court pursuant to L. Civ. R. 101.1(c)(3) within twenty (20) days from the dated entry of this Order; and, it is further

**ORDERED** that Laura L. Fairneny and Courtney C. Whang shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and, it is further

**ORDERED** that Laura L. Fairneny and Courtney C. Whang shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

______________________________
Hon. Rukhsanah L. Singh, U.S.M.J.