Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice* forthcoming)
Courtney C. Whang (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (Hong Kong) Company Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**DECLARATION OF ANTHONY J. STALTARI** |

Anthony J. Staltari declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Eddingpharm (Hong Kong) Company Limited ("Defendant") in this action. I am familiar with the proceedings in this matter.

2. I respectfully submit this Declaration in support of Plaintiff's Motion for an Order, pursuant to Local Civil Rule 5.3 and 7.1(d), (i) sealing the unredacted

Complaint and Exhibit A thereto (ECF No. 1) and unredacted Amended Complaint and Exhibit A thereto (ECF No. 17)[1] filed by Plaintiff in this matter, (ii) directing that redacted versions of the Complaint and the Amended Complaint thereto be filed on the public docket, which proposed redacted versions are attached hereto as Exhibits 1 and 2, respectively, and (iii) granting such further and other relief as the Court deems just and proper (ECF No. 5); and in response to the Court's Sealing Order of June 23, 2026 (ECF No. 8).

3. This is a commercial dispute arising out of a confidential contractual relationship between Defendant, Plaintiff Quotient Sciences – Philadelphia, LLC ("Plaintiff"), and non-party Shionogi Inc. The parties are contractually bound to maintain the confidentiality of the terms of that relationship, and have a legitimate interest in protecting the non-public pricing and other commercial terms at issue, which competitors could use to gain an unfair advantage in the marketplace. The Complaint and Exhibit A thereto and the Amended Complaint and Exhibit A thereto that Plaintiff has filed quote, summarize, reference, and/or reflect confidential and commercially sensitive terms of the parties' Supply Agreement, Contract

---

[1] As the Amended Complaint and Exhibit A thereto quote, summarize, reference, and/or reflect the same or similar confidential and commercially sensitive terms of the contracts at issue as the Complaint and Exhibit A thereto, Defendant respectfully requests that the sealing application at ECF No. 5 directed to the Complaint and Exhibit A also be applied to the Amended Complaint and Exhibit A thereto (ECF No. 17) accordingly.

Amendment to Supply Agreement, and Assignment and Assumption Agreement and Consent (collectively, the "Contracts"), including, without limitation, non-public pricing, batch quantities, payment terms, and other proprietary business terms.

4. Public disclosure of the relationship between the parties would cause a clearly defined and serious injury to Defendant, including competitive and commercial harm, by revealing non-public pricing and business terms to competitors, customers, and counterparties.

5. Sealing this information is warranted as described in Paragraphs 3-4 of this Declaration, Plaintiff's basis for sealing set forth in the Declaration of Robert A. Jenkins, II, dated June 4, 2026, supplemented herein as applicable to the Amended Complaint, and the index required by Local Civil Rule 5.3(c)(3) and Appendix U to this Court's Local Rules submitted herewith. Plaintiff objects to some but not all of the proposed redactions, and its position for each proposed redaction is noted in Appendix U.

6. To the best of my knowledge, the only orders concerning the sealing of the Complaint or Exhibit A thereto or the Amended Complaint or Exhibit A thereto are: (i) the Court's Sealing Order dated June 23, 2026, directing the Clerk to maintain the Complaint and Exhibit A under temporary seal, administratively terminating Plaintiff's Motion to Seal pending Defendant's response, and reserving decision on that Motion until Defendant had an opportunity to respond (ECF No. 8); and (ii) the

Court's Order dated June 24, 2026, permitting Plaintiff to substitute a replacement version of Exhibit A to the Complaint redacting financial account numbers pursuant to Federal Rule of Civil Procedure 5.2(a) (ECF No. 9). No other order sealing the Complaint or Exhibit A or the Amended Complaint or Exhibit A thereto has been entered in this or any other action.

7. In the accompanying proposed redacted versions of the Complaint and the Amended Complaint, Defendant has redacted only those portions that quote, summarize, reference, and/or reflect the confidential terms of the Contracts, and the unredacted Complaint and Exhibit A remain under temporary seal pursuant to the Court's June 23, 2026 Sealing Order (ECF No. 8).

8. Because Exhibit A in its entirety reflects the confidential nature of the business relationship between the parties, Defendant requests that Exhibit A remain under seal.

9. For the foregoing reasons, Defendant respectfully requests that the Court enter the accompanying proposed Order directing the Clerk to maintain the unredacted Complaint and Exhibit A and the Amended Complaint or Exhibit A thereto under seal and directing Plaintiff to file redacted versions of the Complaint and the Amended Complaint on the public docket

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 5, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari