**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>V.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS) |

**[PROPOSED] ORDER SEALING THE COMPLAINT AND THE AMENDED COMPLAINT**

Before the Court is the Motion of Plaintiff Quotient Sciences – Philadelphia, LLC ("Plaintiff") to seal the unredacted Complaint and Exhibit A thereto filed by Plaintiff in this matter (ECF No. 1) and direct that redacted version of the Complaint be filed on the public docket.

The parties' submissions offer that the Complaint and Exhibit A thereto and the Amended Complaint and Exhibit A thereto disclose certain confidential and commercially sensitive information, including non-public pricing, batch quantities, payment terms, and other proprietary business terms of certain contracts, which are subject to confidentiality provisions binding on the parties.

Accordingly, the Court finds that (i) legitimate private and public interests warrant the relief sought, (ii) a clearly defined and serious injury would result if the relief sought is not granted, (iii) a less restrictive alternative to the relief sought is not available, and (iv) no party or known non-party is objecting to the sealing request.

**IT IS THEREFORE, ON THIS** _____ day of _________________, 2026,

**ORDERED**, that Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, that pursuant to Local Civil Rule 5.3, the unredacted Complaint and Exhibit A and the Amended Complaint and Exhibit A filed by Plaintiff in this matter shall be sealed; and

**IT IS FURTHER ORDERED**, that Plaintiff shall file redacted versions of the Complaint and the Amended Complaint, in the form annexed as Exhibits 1 and 2 to the Declaration of Anthony J. Staltari, dated October 5, 2026.

DATED: ________________________, 2026

______________________________________
Hon. Rukhsanah L. Singh, U.S. M.J.