Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (Hong Kong) Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

To the Clerk of the Court:

Request is hereby made by local counsel that Courtney C. Whang, admitted *pro hac vice* in this action receive electronic notification in the above-captioned matter. The Court's order granting Defendant Eddingpharm (Hong Kong) Company, Ltd.'s motion for Courtney C. Whang to appear *pro hac vice* was entered on October 6, 2026 (ECF No. 22).

***Pro Hac Vice* Information:** Courtney C. Whang
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849-7000
E-Mail: courtneywhang@quinnemanuel.com

I certify under the penalty of perjury that that: (1) the $250.00 *pro hac vice* fee is being paid simultaneously herewith; and (2) Ms. Whang's 2026 assessment of $267.00 has been sent to the *NJ Lawyers' Fund for Client Protection*.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: October 13, 2026

By: */s/ Anthony J. Staltari*
Anthony J. Staltari
(Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (Hong Kong) Company, Ltd.*

# CERTIFICATE OF SERVICE

Anthony J. Staltari hereby certifies pursuant to 28 U.S.C. § 1476 that:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant in this action and am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

2. On this date, I filed the annexed document via the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service of same upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 13, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari