**Matthew Woods**

---

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Tuesday, October 13, 2026 8:56 PM
**To:** Managing Attorneys Office
**Subject:** Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**Categories:** Matt

[EXTERNAL EMAIL from do_not_reply@psc.uscourts.gov]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 4386756
Court: NEW JERSEY DISTRICT COURT
Amount: $250.00
Tracking Id: ANJDC-18060679
Approval Code: 152391
Card Number: ************1007
Date/Time: 10/13/2026 08:56:26 ET

Person Completing Transaction: Matthew Woods
Attorney Name: Anthony Staltari
Attorney Email: anthonystaltari@quinnemanuel.com

NOTE: This is an automated message. Please do not reply