**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br>v.<br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br>Defendant. | **No. 3:26-cv-06364-ZNQ-RLS**<br><br>**APPLICATION FOR EXTENSION OF TIME PURSUANT TO LOCAL FEDERAL RULE 6.1** |

Application is hereby made pursuant to Local Federal Rule 6.1 for a Clerk's Order extending the time within which Plaintiff Quotient Sciences – Philadelphia, LLC ("Quotient") may answer, move or otherwise respond to the Counterclaims filed by Defendant Eddingpharm (Hong Kong) Company Limited ("Eddingpharm") and it is represented that:

1. Quotient filed its Amended Complaint on September 21, 2025 (ECF No. 17).

2. Eddingpharm filed its Answer to Amended Complaint and Counterclaims on October 5, 2026 (ECF No. 18).

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Quotient's response to the Counterclaims is due October 26, 2026. Thus, Quotient's time to answer or otherwise respond to the Counterclaims has not yet expired.

4. No extensions of time to respond to the Counterclaims have been obtained by Quotient.

5. Quotient requests, pursuant to L.Civ.R. 6.1(b), that the Clerk enter an Order extending the time in which Quotient may answer, move or otherwise respond to the Counterclaims by 14 days or until November 9, 2026.

Dated: October 15, 2026

By: */s/Robert A. Jenkin, II*

Barry H. Boise, Esq.
Jeffrey A. Carr, Esq.
Robert A. Jenkin, II, Esq.
**TROUTMAN PEPPER LOCKE LLP**
Suite 203
104 Carnegie Center Dr.
Princeton, NJ 08540
Barry.boise@troutman.com
Jeff.carr@troutman.com
Robert.jenkin@troutman.com

*Attorneys for Plaintiff*
*Quotient Sciences – Philadelphia, LLC*

**ORDER**

The above application is ORDERED GRANTED. Plaintiff's time to answer, move or otherwise respond to the Counterclaims is extended to November 9, 2026.

ORDER DATED: ________________

By: __________________
Deputy Clerk

**CERTIFICATE OF SERVICE**

I certify that, on October 15, 2026, true and correct copies of the following documents were filed and served on all counsel of record via the Court's electronic case filing system: (1) Application for Extension of Time Pursuant to Local Federal Rule 6.1 and (2) this Certificate of Service.

*/s/Robert A. Jenkin, II*
Robert A. Jenkin, II, Esq.