Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (Hong Kong) Company Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**<u>NOTICE OF MOTION TO SEAL</u>**<br><br>**Motion Date: November 16, 2026**<br><br>*Document Electronically Filed* |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Anthony J. Staltari, dated October 19, 2026, and the exhibits annexed thereto, Defendant Eddingpharm (Hong Kong) Company Limited ("Defendant"), by and through its undersigned counsel, will move this Court, at a date and time to be determined, when counsel may be heard, before the Honorable Rukhsanah L. Singh, U.S.M.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State

Street, Trenton, New Jersey 08608, on November 16, 2026 or as soon thereafter as counsel may be heard, for entry of an Order, pursuant to Local Civil Rules 5.3(c) and 7.1, (i) sealing the unredacted Answer and Counterclaims and Exhibits A to K thereto filed by Defendant in this matter, (ii) permitting Defendant to file a redacted version of the Answer and Counterclaims, in the form annexed as Exhibit A to the Declaration of Anthony J. Staltari, and (iii) granting such further and other relief as the Court deems necessary and proper.

Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by Local Civil Rule 5.3(c)(2) have been set forth in the accompanying Declaration of Anthony J. Staltari.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Motion.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: October 19, 2026

By: */s/ Anthony J. Staltari*

Anthony J. Staltari
(Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (Hong Kong) Company Limited*

**CERTIFICATE OF SERVICE**

Anthony J. Staltari hereby certifies pursuant to 28 U.S.C. § 1476 that:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant in this action and am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

2. On this date, I filed the annexed document via the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service of same upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 19, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari