Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (Hong Kong) Company Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS)<br><br>**DECLARATION OF ANTHONY J. STALTARI IN SUPPORT OF MOTION TO SEAL**<br><br>**Motion Date: November 16, 2026** |

Anthony J. Staltari declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Eddingpharm (Hong Kong) Company Limited ("Defendant") in this action. I am familiar with the proceedings in this matter.

2. I respectfully submit this Declaration in support of Defendant's motion, for an Order, pursuant to Local Civil Rule 5.3 and 7.1(d), (i) sealing the unredacted

Answer and Counterclaims and Exhibits A to K thereto filed by Defendant in this matter, (ii) permitting Defendant to file a redacted version of the Answer and Counterclaims, and (iii) granting such further and other relief as the Court deems just and proper.

3. This is a commercial dispute arising out of a confidential relationship between Defendant and Plaintiff Quotient Sciences – Philadelphia, LLC ("Plaintiff"). Defendant is contractually bound to maintain the confidentiality of the terms of that relationship, and has a legitimate interest in protecting the non-public pricing and other commercial terms at issue, which competitors could use to gain an unfair advantage in the marketplace. The Answer and Counterclaims and Exhibits A to K thereto that Defendant has filed in response to Plaintiff's Amended Complaint contain confidential business information that is not available to the public or competitors. In particular, the Answer and Counterclaims and Exhibits A to K thereto quote, summarize, reference, and/or reflect confidential and commercially sensitive terms of the parties' agreements, including non-public pricing, batch quantities, payment terms, and other proprietary business terms that the parties are contractually bound to keep confidential.

4. Public disclosure of the relationship between the parties would cause a clearly defined and serious injury to Defendant, including competitive and

commercial harm, by revealing non-public pricing and business terms to competitors, customers, and counterparties.

5. To the best of my knowledge, no order sealing the Answer and Counterclaims and Exhibits A to K thereto has previously been entered in this or any other action.

6. Attached hereto as **Exhibit A** is Defendant's proposed redacted version of the Answer and Counterclaims, which has redacted only those portions that contain confidential business information that is not available to the public or competitors, and has provisionally filed under seal the unredacted Answer and Counterclaims.

7. Attached hereto as **Exhibit B** is Defendant's Appendix U Form and Index pursuant to L.Civ.R. 5.3(c)(3).

8. For the foregoing reasons, Defendant respectfully requests that the Court enter the accompanying proposed Order directing the Clerk to seal the unredacted Answer and Counterclaims and Exhibits A to K thereto and permitting Defendant to file a redacted version of the Answer and Counterclaims.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on October 19, 2026.

*/s/ Anthony J. Staltari*

Anthony J. Staltari