Anthony J. Staltari (Attorney ID. No. 233022017)
Laura L. Fairneny (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
laurafairneny@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Attorneys for Defendant Eddingpharm (Hong Kong) Company Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUOTIENT SCIENCES – PHILADELPHIA, LLC,<br>Plaintiff,<br><br>v.<br><br>EDDINGPHARM (HONG KONG) COMPANY LIMITED,<br><br>Defendant. | Civil Action No.: 3:26-cv-06364 (ZNQ)(RLS) |

## [PROPOSED] ORDER GRANTING MOTION TO SEAL

Before the Court is the Motion of Defendant Eddingpharm (Hong Kong) Company Limited ("Defendant") requesting an Order, pursuant to Local Civil Rules 5.3(c) and 7.1, (i) sealing the unredacted Answer and Counterclaims and Exhibits A to K thereto, (ii) permitting Defendant to file a redacted version of the Answer and Counterclaims, in the form annexed as Exhibit A to the Declaration of Anthony J.

Staltari, dated October 19, 2026, and (iii) granting such further and additional relief as the Court deems necessary and proper.

The Answer and Counterclaims and Exhibits A to K thereto contain confidential business information that is not available to the public or competitors.

Accordingly, the Court finds that (i) legitimate private and public interests warrant the relief sought, (ii) a clearly defined and serious injury would result if the relief sought is not granted, (iii) a less restrictive alternative to the relief sought is not available, and (iv) no party or known non-party is objecting to the sealing request.

**IT IS THEREFORE, ON THIS** _____ day of _________________, 2026,

**ORDERED**, that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, that pursuant to Local Civil Rule 5.3, the unredacted Answer and Counterclaims and Exhibits A to K thereto filed by Defendant in this matter (ECF No. 18) shall be and remained sealed; and

**IT IS FURTHER ORDERED**, that Defendant shall file a redacted version of the Answer and Counterclaims, in the form annexed as Exhibit A to the Declaration of Anthony J. Staltari, dated October 19, 2026.

DATED: _________________________, 2026

_______________________________________
HON. RUKHSANAH L. SINGH, U.S.M.J.